# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>a 2023 Hyundai Elantra that is in the custody of the Tennessee Highway Patrol at 510 Brick Church Park Dr., Nashville, TN | ) ) ) ) ) )     Case No. 25-mj-1403 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Middle    District of    Tennessee
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    November 26, 2025    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    The Honorable J. Gregory Wehrman   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    11/13/2025 AT 10:33AM

Signed By:
*J. Gregory Wehrman* /s/ JGW
**United States Magistrate Judge**
*Judge's signature*

City and state:    Nashville, TN      U.S. Magistrate Judge J. Gregory Wehrman
*Printed name and title*

## Return

| Case No.: 25-mj-1403 | Date and time warrant executed: 11/14/25, 8:55 AM | Copy of warrant and inventory left with: inside the vehicle |
|---|---|---|

Inventory made in the presence of: U.S. Postal Inspector A. Downey

Inventory of the property taken and name(s) of any person(s) seized:

See Attachment C

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/14/25

*Executing officer's signature*

N.B. Sims, U.S. Postal Inspector
*Printed name and title*

ATTACHMENT A

PROPERTY TO BE SEARCHED

The property to be searched is a silver 2023 Hyundai Elantra bearing Tennessee license plate: BTB7309 and VIN #: KMHLM4AG1PU440568 that is in the custody of the Tennessee Highway Patrol at 510 Brick Church Park Dr., Nashville, TN.





## ATTACHMENT B

## LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED

Evidence and/or instrumentalities of Violations of Title 18 U.S.C. § 1708 (Theft of U.S. Mail) and/or Title 18 USC § 922(g)(1) (Felon in possession of a firearm), including but not limited to:

1. Mail and contents of mail addressed to persons other than Hector Alas-Cordova or Armando Garcia;

2. Any USPS containers used in the collection, transportation, or processing of mail;

3. Any USPS keys, including specialized USPS keys used by letter carriers to access locked mail receptacles (or counterfeits of the same);

4. Tools commonly used in the commission of mail theft, including but not limited to: screwdrivers, prying tools, metal cutting tools (either power tools or hand tools);

5. Checks and/or other negotiable financial instruments that are issued by and/or payable to individuals other than Hector Alas-Cordova or Armando Garcia; and

6. Firearms and or ammunition.

# SEARCH WARRANT INVENTORY

NS 11/14/25 Page 1/1

Vehicle: 2023 Hyundai Elantra (Silver) NS 11/14/25
VIN: KMHLM4AG1PU440568
Search Address: 510 Brick Church Park Dr., Nashville, TN NS 11/14/25
Date: 11/14/25

Inspector(s): N.B. Sims

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 3 | White plastic garbage bags containing ripped-open mail addressed to many different people |
| 2 | White plastic USPS-marked postal tubs |
| 1 | Black metal double-claw pry-bar with one pry-tooth broken |
| 1 | Miscellaneous mail matter not addressed to Garcia or Alas-Cordova |
| 1 | State Farm check # 111784971 in amount of $14,921.86 (with stub) not addressed to Garcia or Alas-Cordova |
| 1 | Watercraft Bill of Sale not in name of Garcia or Alas-Cordova |
| 1 | A&G Agricultural Supply ~~and~~ check and stub not in name of Garcia or Alas-Cordova |
| 2 | Debit Cards not in name of Garcia or Alas-Cordova |
| 2 | Miscellaneous key rings containing 9 keys and 2 loose keys NS 11/14/25 |

NS 11/14/25